IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA					PLAINTIFF

v.					No. 4:12-cr-240-DPM

AARON MARSH and RONALD KELLY					DEFENDANTS

ORDER

For the reasons stated on the record at today's hearing, Marsh's motion to suppress, № 49, is denied with the exception of the defendants' pre-*Miranda* statements. Supplemental briefing from both parties on this issue due by the close of business on Tuesday, 18 February 2014.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 February 2014